HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SDEY CHIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-0136 AWI |
| Plaintiff, | STIPULATION **ADVANCING** HEARING; ORDER THEREON |
| vs. | |
| SDEY CHIM, | |
| Defendant. | DATE:  February 10, 2014<br>TIME:   10:00 a.m.<br>JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, United States Attorney Grant Rabenn, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Janet Bateman, Counsel for Defendant Sdey Chim, that the hearing currently set for February 24, 2014 at 1:00 p.m. before the Honorable Magistrate Judge Barbara A. McAuliffe, **may be advanced and rescheduled to February 10, 2014 at at 10:00 a.m. for a change of plea hearing before the Honorable Anthony W. Ishii.**

The parties have reached an agreement regarding the resolution in this case.

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   |   |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
|   |   |   |
| DATED: January 31, 2014 | By: | */s/ Grant B. Rabenn*<br>GRANT B. RABENN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
|   |   |   |
| DATED: January 31, 2014 | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>JANET BATEMAN<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>SDEY CHIM |

**O R D E R**

IT IS SO ORDERED.

Dated:   January 31, 2014   

_____
SENIOR DISTRICT JUDGE